IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WILLIAM ROBERT BRADSHAW, on behalf of himself and the class of similarly situated persons;<br><br>Plaintiffs,<br>v.<br><br>MCLENNAN COUNTY; MCLENNAN COUNTY SHERIFF'S OFFICE; MCLENNAN COUNTY SHERIFF LARRY LYNCH, in his individual and official capacity; MCLENNAN COUNTY SHERIFF DEPUTIES DOES 1 THROUGH 50, AND ROES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO: W-08-CA-246 |

## NOTICE OF VACATION

Scott Medlock, undersigned counsel for Plaintiff, respectfully advises the Court that he will be on vacation from and including October 8 through and including October 9, 2009 and from and including December 21, 2009 through and including January 4, 2010. Counsel therefore respectfully requests that no hearings requiring his presence be scheduled during that time period and that no responsive pleadings be due to be filed with the court on these dates.

Dated September 15, 2009.

Respectfully submitted,

 /s/ Scott Medlock
Scott Medlock

1

        State Bar No. 24044783
        James C. Harrington
        State Bar No. 09048500
        Wayne Krause
        State Bar No. 24032644

        TEXAS CIVIL RIGHTS PROJECT
        1405 Montopolis Dr.
        Austin, TX 78741
        Telephone:  (512) 474-5073
        Facsimile:  (512) 474-0726
        E-Mail:
        scott@texascivilrightsproject.org
        jch@mail.utexas.edu
        waynekrause@texascivilrightsproject.org

        Mark E. Merin, Esq.
        California State Bar No. 43849
        Joshua Kaizuka, Esq.
        California State Bar No. 212195
        LAW OFFICE OF MARK E. MERIN
        2001 P Street, Suite 100
        Sacramento, CA 95814
        Telephone:  (916) 443-6911
        Facsimile:  (916) 447-8336
        E-Mail:  mark@markmerin.com
                  joshua@markmerin.com

        Attorneys for Plaintiffs and the Class
        *Scott Medlock represents only plaintiff R.B., in his
        individual capacity, not class members

## CERTIFICATE OF SERVICE

I certify that on September 15, 2009, a true copy of this document was sent to counsel for Defendants, HALEY & OLSON, P.C., Triangle Tower, Suite 600, 510 North Valley Mills Drive Waco, Texas 76710 and FLOWERS DAVIS, P.L.L.C., 1021 ESE Loop 323, Suite 200,Tyler, Texas 75701 through the Court's electronic filing system.

                /s/ Scott Medlock
                Scott Medlock